1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    JAMES HILL,                          1:15-cv-00787-MJS (PC)

10                  Plaintiff,

11        v.                              ORDER GRANTING APPLICATION
                                          TO PROCEED IN FORMA PAUPERIS
12   PAM AHLIN,
                                          (Document# 2)
13                  Defendant.

14

15

16        Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42

17   U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code

18   § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison

19   Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

20        In the instant action, plaintiff filed an application to proceed in forma pauperis.

21   Examination of these documents reveals that plaintiff is unable to afford the costs of this

22   action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

23
     IT IS SO ORDERED.
24

25     Dated:   June 2, 2015                  /s/ Michael J. Seng

26                                         UNITED STATES MAGISTRATE JUDGE

27

28

                                          1